| | |
|---|---|
| Brian S. King, #4610<br>Brent J. Newton, #6950<br>Samuel M. Hall, #16066<br>BRIAN S. KING, P.C.<br>420 East South Temple, Suite 420<br>Salt Lake City, UT 84111<br>Telephone: (801) 532-1739<br>Facsimile: (801) 532-1936<br>brian@briansking.com<br>brent@briansking.com<br>samuel@briansking.com<br>*Attorneys for Plaintiff* | Scott M. Petersen (Utah Bar No. 7599)<br>David N. Kelley (Utah Bar No. 9137)<br>FABIAN VANCOTT<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323<br>(801) 531-8900<br>spetersen@fabianvancott.com<br>dkelley@fabianvancott.com<br>*Attorneys for Meritain Health Inc.* |
| Elaine Liu *(pro hac vice)*<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>eliu@mayerbrown.com<br>*Attorney for Defendant Cushman &*<br>*Wakefield Benefit Plan* | David J. Butler *(pro hac vice)*<br>Rachel A. Smoot *(pro hac vice)*<br>TAFT STETTINIUS & HOLLISTER LLP<br>65 East State Street, Suite 1000<br>Columbus, OH 43215<br>(614) 221-2838<br>dbutler@taftlaw.com<br>rsmoot@taftlaw.com<br>*Attorneys for Defendant Quantum Health, Inc.* |

Jeffery S. Williams (Utah Bar No. 6054)
NELSON CHRISTENSEN
HOLLINGWORTH & WILLIAMS
68 South Main Street, #600
Salt Lake City, UT 84101
(801) 531-8400
jeffw@nchwlaw.com
*Attorney for Defendants Cushman & Wakefield*
*Benefit Plan & Quantum Health, Inc.*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| B.F., individually and on behalf of C.F. a minor,<br><br>    Plaintiff,<br>vs.<br><br>MERITAIN HEALTH INC., QUANTUM HEALTH INC., and the CUSHMAN & WAKEFIELD BENEFIT PLAN<br><br>    Defendants. | STIPULATION OF DISMISSAL WITH PREJUDICE<br><br><br>Case No. 2:21-cv-00083 – DBB – JCB<br><br>Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

Plaintiff B.F. (individually and on behalf of C.F., a minor) and Defendants Meritain Health Inc., Quantum Health Inc., and the Cushman & Wakefield Benefit Plan (collectively, "the parties"), through their undersigned counsel, hereby stipulate that the parties have reached a comprehensive settlement of this matter and have agreed to a dismissal with prejudice, with each party to bear its own fees and costs.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned matter is hereby dismissed with prejudice, with each party to bear its own fees and costs.

Stipulated and agreed to:

| | |
|---|---|
| DATED this 20th day of December, 2022 | DATED this 20th day of December, 2022 |
| /s/ Brian S. King<br>Attorney for Plaintiff | /s/ Scott M. Petersen<br>Attorney for Defendant Meritain Health Inc. |
| | DATED this 20th day of December, 2022 |
| | /s/ David J. Butler<br>Attorney for Defendant Quantum Health Inc. |
| | DATED this 20th day of December, 2022 |
| | /s/ Elaine Liu (with consent)<br>Attorney for Defendant Cushman & Wakefield Benefit Plan |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent to all parties registered to receive court notices via the Court's CM/ECF system.

DATED this 20th day of December, 2022

/s/ Brian S. King